FILED
2018 SEP -6 AM 11: 27
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALICIA HOGG, on behalf of herself and
all others similarly situated,

    Plaintiff,

vs.

CASE NO.
6:18-cv-1454-ORL-31-TBS

GCA SERVICES GROUP, INC.

    Defendant.

## DEFENDANT'S NOTICE OF AND PETITION FOR REMOVAL

Defendant, GCA EDUCATION SERVICES, INC., improperly named as GCA SERVICES GROUP, INC. in the Complaint ("Defendant"), by and through its undersigned counsel and in accordance with the Federal Rules of Civil Procedure and Title 28, United States Code, §§1331, 1441, and 1446, hereby files this Notice of and Petition for Removal of this action from the Circuit Court of the Seventh Judicial Circuit in and for Volusia County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division. The removal of this action is based upon the following:

    1.    On or about August 3, 2018, Plaintiff, Alicia Hogg ("Plaintiff") filed a Class Action Complaint and Demand for Jury Trial captioned *"Alicia Hogg, on behalf of herself and on behalf of all others similarly situated v. GCA Services Group, Inc."* (the "Circuit Court Case"). The Circuit Court Case was assigned Case No. 2018-31304-CICI. A true and correct copy of the Complaint filed in the Circuit Court Case, along with copies of

all other process, pleadings, and orders served upon Defendant, are attached as Exhibit "A." *See* 28 U.S.C. § 1446(a)

2. The Complaint seeks relief for alleged violations of the Fair Credit Reporting Act of 1970, as amended ("FCRA"), 15 U.S.C. §1681 et seq.

3. Because Plaintiff has asserted a claim under the FCRA, this action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. §1331.

4. Defendant was served with the Complaint on or about August 8, 2018. As such, this Notice has been filed within thirty (30) days after service of the Complaint and is, therefore, timely pursuant to 28 U.S.C. §1446(b).

5. Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written notice of the removal to all adverse parties in this action and has filed a copy of this Notice in the Circuit Court in and for Volusia County, Florida.

6. The United States District Court for the Middle District of Florida includes the judicial county in which Plaintiff filed her Complaint. Thus, removal is proper to this Court pursuant to 28 U.S.C. §1441(a).

WHEREFORE, Defendant, GCA EDUCATION SERVICES, INC., improperly named as GCA SERVICES GROUP, INC. in the Complaint, respectfully removes this action from the Circuit Court of the Seventh Judicial Circuit in and for Volusia County, Florida to the United States District Court for the Middle District of Florida.

DATED this 6th day of September, 2018.

Respectfully submitted,

JACKSON LEWIS P.C.
390 North Orange Avenue, Suite 1285
Orlando, Florida 32801
Telephone: (407) 246-8440
Facsimile: (407) 246-8441

By: _____
Stephanie L. Adler-Paindiris
Florida Bar No. 523283
Stephanie.adler-paindiris@jacksonlewis.com

Amanda A. Simpson
Florida Bar No. 0072817
amanda.simpson@jacksonlewis.com

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of September, 2018, the foregoing was furnished by e-mail to: Brandon J. Hill, Esq. and Luis A. Cabassa, Esq., Wenzel Fenton Cabassa P.A., 1110 North Florida Ave., Suite 300, Tampa, FL 33602.

_____
Amanda A. Simpson

4842-1288-1265, v. 1